FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE V.,<br><br>                    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>                    Defendant. | NO:  1:25-CV-3203-TOR<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 20).  The parties agree that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 20) is **GRANTED**.

2. Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.**  Upon remand,

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

the Administrative Law Judge (ALJ) will be instructed to further evaluate the medical evidence, including the opinions and prior administrative medical findings, and regarding Plaintiff's headaches and/or seizures; reevaluate Plaintiff's impairments at step three of the sequential evaluation process; further consider Plaintiff's alleged symptoms and lay witness statement(s) pursuant to Social Security Ruling 16-3p; as warranted, obtain an appropriate medical expert to provide a longitudinal overview and clarify the nature, severity of and functional limitations resulting from Plaintiff's medically determinable impairments; reevaluate Plaintiff's residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and take any further action needed to complete the administrative record, and issue a new decision.

3. Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** July 29, 2026.

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3